UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>RICARDO REYES,<br><br>                       Defendant. | Case No.: 23-cr-2331-WQH<br><br>**ORDER** |

HAYES, Judge,

      On May 17, 2024, Magistrate Judge Daniel E. Butcher ordered Defendant to the custody of the Attorney General to undergo psychiatric examination pursuant to 18 U.S.C. § 4241. (ECF No. 25.)

      The Court received a letter dated October 23, 2024, from the Warden of the Federal Correctional Complex in Butner, North Carolina, indicating that Defendant Ricardo Reyes was admitted to the Mental Health Unit of that facility on October 22, 2024, and requesting that "all relevant court orders be emailed to [Stacey Burroughs, the facility's Health Services Assistant, at slburroughs@bop.gov] to ensure we are compliant with all court directives."

      IT IS HEREBY ORDERED that, while Defendant is undergoing psychiatric examination, counsel for Plaintiff United States of America shall promptly email a copy of all Court orders issued by any judge assigned to this case, including this Order, to the Health Services Assistant at the facility housing Defendant.

Dated: November 6, 2024

Hon. William Q. Hayes
United States District Court