UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 23CR2331-WQH |
|---|---|
| Plaintiff, | |
| v. | |
| RICARDO JESUS REYES, | **Order Continuing Deadline for Mental Health Evaluation** |
| Defendant. | |

Defendant is currently being treated to restore his competency to stand trial. The Court, on December 5, 2024, ordered that Defendant's mental health evaluation be completed by January 31, 2025. However, the Bureau of Prisons had previously requested that it have until February 18, 2025 to complete the evaluation. Neither counsel for Defendant nor the Government objects to allowing the Bureau of Prisons until February 18, 2025 to complete the evaluation. Thus the Court is modifying its previous order and ordering that the Defendant's mental health evaluation be completed by February 18, 2025.

//

//

//

1  A status date has been set in this matter for March 4, 2025. As Defendant is being treated, but his competency has not yet been restored, time is excluded until March 4, 2025 pursuant to 18 U.S.C. § 3161(h)(1)(A). Further, the ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

So ordered on January __08__ 2025.

Hon. Daniel E. Butcher
United States Magistrate Judge