## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>RICARDO JESUS REYES,<br><br>                    Defendant. | Case No. 23CR2331-DMS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

18:2252(a)(2); 18:2253(a),(b) - Distribution of Images of Minors Engaged in Sexually Explicit Conduct; Criminal Forfeiture(1)
18:2252(a)(4)(B); 18:2253(a),(b) - Possession of Images of Minors Engaged in Sexually Explicit Conduct; Criminal Forfeiture (2)

Dated: 12/1/2025

Hon. Dana M. Sabraw
United States District Judge